1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN LEWIS GALLARDO,                        No.  2:14-cv-1339 KJM CKD P

12              Plaintiff,

13         v.                                    ORDER AND

14   D. RAINWATER, et al.,                       FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

18   § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This

19   proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

21   1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22         Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

23   1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the

24   initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

25   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

26   month's income credited to plaintiff's prison trust account.  These payments will be forwarded by

27   the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

28   exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

1

1    The court is required to screen complaints brought by prisoners seeking relief against a

2 governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

3 court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

4 "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

5 monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

6    The court has screened plaintiff's complaint and determined that plaintiff may proceed

7 with claims arising under the Eighth Amendment for excessive force against defendants

8 Rainwater, Hougland, Pickens and Von Rader.  With respect to the other defendants identified,

9 plaintiff's complaint fails to state a claim upon which relief can be granted as the other defendants

10 had no material involvement in the incident of excessive force alleged.  See Rizzo v. Goode, 423

11 U.S. 362 (1976) (there can be no liability under 42 U.S.C. § 1983 unless there is some affirmative

12 link or connection between a defendant's actions and the claimed deprivation of Constitutional

13 rights).   Accordingly, the court will recommend that those defendants be dismissed.

14    In accordance with the above, IT IS HEREBY ORDERED that:

15    1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

16    2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  All fees

17 shall be collected and paid in accordance with this court's order to the Director of the California

18 Department of Corrections and Rehabilitation filed concurrently herewith.

19    3.  Service is appropriate for defendants Rainwater, Hougland, Pickens and Von Rader.

20    4.  The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an

21 instruction sheet and a copy of the complaint filed June 2, 2014.

22    5.  Within thirty days from the date of this order, plaintiff shall complete the attached

23 Notice of Submission of Documents and submit the following documents to the court:

24 /////

25 /////

26 /////

27 /////

28 /////

a. The completed Notice of Submission of Documents;

b. One completed summons;

c. One completed USM-285 form for each defendant listed in number 3 above; and

d. Five copies of the complaint.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that defendants Rios, Fallert and Barnes be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 14, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gall1339.1

3

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN LEWIS GALLARDO,                      No. 2:14-cv-1339 KJM CKD P

12                Plaintiff,

13          v.                                 NOTICE OF SUBMISSION OF
                                               DOCUMENTS
14   D. RAINWATER, et al.,

15                Defendants.

16

17          Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____:

19          ____        completed summons form

20          ____        completed USM-285 forms

21          ____        copies of the _____

22                                     Complaint

23   DATED:

24

25

26

27                                           _____

28                                                     Plaintiff

                                               4