1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN LEWIS GALLARDO,                        No.  2:14-cv-1339 KJM CKD P

12                  Plaintiff,

13          v.                                   ORDER

14   R. RAINWATER, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 14, 2014, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23   the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27   the file, the court finds the findings and recommendations to be supported by the record and by

28   the proper analysis.

                                                    1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed October 14, 2014, are adopted in full; and

3       2.  Defendants Rios, Fallert and Barnes are dismissed.

4 DATED:  February 9, 2015.

5

6                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2