UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LEWIS GALLARDO, | No. 2:14-cv-1339 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. RAINWATER, et al., | |
| Defendants. | |

On November 9, 2015, the court denied plaintiff's motion for an order compelling defendants to provide further responses to plaintiff's requests for discovery. On December 3, 2015, plaintiff filed "objections" to that order. Plaintiff's "objections" will be overruled as plaintiff still fails to point to an improper response made by defendants to a timely and relevant request for discovery.

The court notes that in his "objections" plaintiff indicates that he requested certain reports authored March 14, 2014; October 11, 2011 and April 3, 2014. Defendants claimed those documents are privileged and identified them in a privilege log. The acts of excessive force claimed by plaintiff occurred on October 20, 2012. Plaintiff has not indicated how the documents identified above, authored well before or after October 20, 2012, are relevant to this case. Also, in request for production number 3, plaintiff sought:

/////

1

> All documents that evidence, mention, or refer to the assault/use of force on Plaintiff by [defendants], on August 20, 2012, including but not limited to medical records, incident reports, statements an [sic] other investigative material, and documents relating to subsequent inmate and staff discipline, if any."

Defendants turned over documents in response to this request and did not identify any documents responsive to this request in their privilege log. ECF No. 31 at 42.

For the foregoing reasons, IT IS HEREBY ORDERED that the "objection to court's denial of motion to compel" submitted December 3, 2015 is overruled.

Dated: December 14, 2015

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
Gall1339.ob